IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TIMOTHY LEE STEWART, SR.,

                 Plaintiff,

v.

JAMES D. PETERSON, et. al.,

                 Defendants.

OPINION and ORDER

24-cv-865-jdp

---

In a September 20, 2024 opinion, I dismissed three of plaintiff Timothy Lee Stewart's cases for his repeated misconduct, including using abusive langue toward opposing counsel and ignoring previous sanctions that I had placed on him. *Stewart v. Mikkelsen*, No. 23-cv-91-jdp, 2024 WL 4252755, at *3 (W.D. Wis. Sept. 20, 2024). I also barred Stewart from filing civil rights lawsuits for at least two years. *Id.* Now Stewart has filed a new lawsuit naming me as one of many defendants, including opposing counsel, members of the city of Beloit police department, state officials, members of the presidential cabinet, and others.

Although Stewart names me as a proposed defendant, I will not recuse myself from the case simply because I have issued rulings against him. *See In re Specht*, 622 F.3d 697, 700 (7th Cir. 2010) (courts are not forced to succumb to "easy manipulation" of recusal rules by mandating that judge step aside when plaintiff names judge as defendant). I will dismiss this case under the terms of the court's filing bar against Stewart.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED.

2. The clerk of court is directed to enter judgment accordingly and close the case.

Entered December 12, 2024.

> BY THE COURT:
>
> /s/
>
> _____
> JAMES D. PETERSON
> District Judge